UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80001-T/P-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**DIRK SIMONTON,**
    **Defendant.**
-------------------------------------/

<u>ORDER ADOPTING REPORT AND RECOMMENDATIONS
AND SETTING SENTENCING HEARING</u>

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 13], dated September 3, 2014. Upon consideration of the Report and Recommendation and in accordance with 28 U.S.C. §636(B)(1)(C)as no timely objections have been filed, the court conducted a *de novo* review of the Report and Recommendations and is in complete accord with the Magistrate's recommended disposition. It is therefore **ORDERED** and **ADJUDGED**:

  1. The Magistrate Judge's Report and Recommendation, [DE #13], is **ADOPTED** and **INCORPORATED** in full.

  2. A sentencing hearing will be conducted on **Tuesday, October 7, 2014,** at **2:30 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 15th day of September, 2014.

**copy furnished:**
AUSA Marc Osborne
AFPD Peter V. Birch

_____
Daniel T. K. Hurley
United States District Judge