UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80001-TP-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**DIRK SIMONTON,**
    **Defendant.**
---------------------------------------------/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 45]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations is **adopted**.

2. A sentencing hearing will be conducted on **Monday, March 20, 2017 at 2:30 p.m.** Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 4th day of March, 2017.

**Copies furnished:**
All Counsel of Record

_____
Daniel T. K. Hurley
United States District Judge